```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------

FRANGIE ESPINAL,

                 Plaintiff,

- against -

SHIFT ROBOTICS, INC.,

                 Defendant.

25-cv-9464 (JGK)

ORDER

----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **February 18, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
            November 17, 2025

                                          John G. Koeltl
                                   United States District Judge